# CERTIFICATE OF SERVICE

Case Name:   **Diaz v. Stevenson, et al.**         No.   **C 13-04575 BLF (PR)**

I hereby certify that on <u>February 23, 2015</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**
2. **DECLARATION OF IAN ELLIS IN SUPPORT OF EXTENSION OF TIME**
3. **PROPOSED ORDER**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>February 23, 2015</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Enrique Diaz, K-70268**
**Salinas Valley State Prison**
**P. O. Box 1050**
**Soledad, CA 93960**
*Pro Se*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>February 23, 2015</u>, at San Francisco, California.

|  D. Criswell  |  s/ D. Criswell  |
|---|---|
| Declarant | Signature |

41216570.doc